No. 24-2202

IN THE

# United States Court of Appeals for the Third Circuit

IN RE: LIPITOR ANTITRUST LITIGATION

DROGUERIA BETANCES, *et al.*

v.

PFIZER INC., *et al.*

ON APPEAL FROM THE JUDGMENTS OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY (12-CV-2389), DATED JUNE 6, 2024, JUDGE PETER G. SHERIDAN, RET., PRESIDING

## NOTICE OF JOINDER

**TO THE CLERK**:

Pursuant to Federal Rule of Appellate Procedure 28, please take notice that Direct Purchaser Class Plaintiffs-Appellants Drogueria Betances, Rochester Drug Co-Operative, Inc., Stephen L. LaFrance Holdings, Inc. and Value Drug Company hereby join in the Brief of Individual Retailer Appellants, filed today in Case Nos. 24-2184, 24-2185, 24-2189, and 24-2194.

Dated: October 29, 2024

Respectfully submitted:

*/s/ Bruce E. Gerstein*

Bruce E. Gerstein
Kimberly Hennings
GARWIN GERSTEIN & FISHER LLP
88 Pine Street, 10th Floor
New York, NY 10005
bgerstein@garwingerstein.com
khennings@garwingerstein.com

David F. Sorensen (PA Bar No. 57766)
Caitlin G. Coslett (PA Bar No. 306915)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
215-875-3000
dsorensen@bm.net
ccoslett@bm.net

Matthew F. Gately
Peter S. Pearlman
COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP
Park 80 West, Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
mfg@njlawfirm.com
psp@njlawfirm.com

**CERTIFICATE OF BAR MEMBERSHIP**

In accordance with Local Rule of Appellate Procedure 28.3(d), I certify that I am a member of the bar of the United States Court of Appeals for the Third Circuit.

                                                    /s/ *Bruce E. Gerstein*
                                                    Bruce E. Gerstein

# CERTIFICATE OF COMPLIANCE WITH FEDERAL RULE OF APPELLATE PROCEDURE 32(A) AND LOCAL RULE 31.1(C)

1. This Notice of Joinder contains fifty (50) words, excluding the parts exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

2. This Notice of Joinder complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and 32(a)(6) because it has been prepared in a proportionately-spaced typeface using Microsoft Word in Times Roman, 14-pt font.

3. The text of the electronic pdf version of this Notice of Joinder is identical to the text in the paper copy.

5. The pdf version of this Notice of Joinder was scanned using virus-scanning software version Webroot Endpoint Protection CE 24.4 and no virus was detected.

Dated: October 29, 2024

/s/ *Bruce E. Gerstein*
Bruce E. Gerstein

**CERTIFICATE OF SERVICE**

I, Bruce E. Gerstein, certify that counsel for Appellees are Filing Users of the Court's CM/ECF system, and that this 29th day of October, 2024, this Notice of Joinder was served by filing it on the Court's CM/ECF system, which will cause electronic copies to be served on all counsel of record. I further certify that a hard copy of this Notice of Joinder is being hand delivered to the Office of the Clerk for the United States Court of Appeals for the Third Circuit.

/s/ *Bruce E. Gerstein*
Bruce E. Gerstein